FILED

07 MAR -8 PM 3: 24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____
                          DEPUTY

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11
     OFELIA RODRIGUEZ, et al.,      )    Case No. 06CV2753 W(JMA)
12                                  )
                    Plaintiffs,     )
13                                  )
          v.                        )
14                                  )              ORDER DISMISSING
     UNITED STATES OF AMERICA,      )    STATE  LAW  CLAIM  AGAINST
15   FAUSTINO CAMPOS,               )    INDIVIDUAL FEDERAL AGENT UPON
                                    )    SUBSTITUTION  OF  THE  UNITED
16                                  )    STATES
                    Defendants.     )
17   _____)

18        The Court having been fully apprised that the Attorney General's

19   designee has certified that the individual defendant Faustino Campos

20   was acting within the scope of his federal employment at the time of

21   the incident giving rise to this suit, and the Court having been

22   apprised of the substitution of the United States pursuant to the

23   Federal Employees Liability Reform and Tort Compensation Act of 1988

24   § 6, 28 U.S.C. § 2679(d)(2),

25        IT IS HEREBY ORDERED that pursuant to the provisions of 28 U.S.C.

26   § 2679(b)(2) and § 2679(d)(2), the state law claim set forth in Claim

27   VI of the complaint is dismissed with respect to the individual

28   defendant Faustino Campos, on the grounds that the exclusive remedy,

1   if any, for such state law claim is against the United States and

2   because the United States has been substituted as the sole defendant

3   on that claim.

4

5   DATED:  _3/7/07____

6   HON. THOMAS J. WHELAN
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

06cv2753