UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFELIA RODRIGUEZ, et al., | Case No. 06CV2753W(JMA) |
| Plaintiffs, | |
| v. | PROTECTIVE ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

**ORDER**

Good cause having been shown for a protective order pursuant to Fed. R. Civ. P. 26(c)(1)(F), the Court orders as follows:

The deposition of United States Border Patrol Agent Andrew Kahl is to be maintained under seal. The parties will so advise the court reporter, and videographer (if any), and request them to distribute the transcript, its exhibits and any video record of the deposition, to counsel in a sealed envelope. After review and signature by the witness, the transcript, its exhibits, and any video of the deposition will be securely maintained by counsel in a sealed envelope.

The transcript, its exhibits, and any video of the deposition shall be subject to this Court's Protective Order of December 19, 2007. The transcript, its exhibits and any video of the deposition shall be disclosed only as allowed in that Protective Order, except that the disclosure allowed in paragraph 3(d) shall not

1  apply.  Any expert, investigator or consultant to whom the deposition
2  is provided under Protective Order paragraph 3(c) shall be informed
3  that the transcript, its exhibits, and any video of the deposition are
4  to be securely maintained in a sealed envelope and that these items
5  are otherwise subject to this Court's December 19, 2007 Protective
6  Order.
7       **IT IS SO ORDERED.**
8  DATED:  May 20, 2008

                                    _____
                                    Jan M. Adler
                                    U.S. Magistrate Judge