UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFELIA RODRIGUEZ, et al., | Case No. 06-CV-2753-W (JMA) |
| Plaintiffs, | **ORDER REGARDING TELEPHONIC DISCOVERY/CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED**:

1. The telephonic Discovery/Case Management Conference scheduled for **January 9, 2009** shall now commence at **2:00 p.m.** rather than at 10:00 a.m. as previously set forth.

2. The Court's December 19, 2008 Order provided as follows:

> On or before January 2, 2009, each party shall submit a letter brief setting forth their respective positions on the issues raised in Plaintiffs' counsel's letter to efile_adler@casd.uscourts.gov. **Each brief shall be no more than five pages in length, excluding exhibits.** No reply briefs shall be submitted.

//

1  The letter brief submitted by Plaintiffs is 19 pages in length, and thus violates the Court's December 19, 2008 Order. Accordingly, Plaintiffs' brief is **STRICKEN**.  Plaintiffs shall resubmit a letter brief which conforms with the Court's Order by no later than the **close of business on January 6, 2009**.

**IT IS SO ORDERED.**

DATED: January 5, 2009

_____
Jan M. Adler
U.S. Magistrate Judge