1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| OFELIA RODRIGUEZ, et al., | CASE NO: 06-CV-2753 W (JMA) |
|---|---|
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

   Pending before the Court is a joint motion to dismiss the entire action with prejudice. (Doc. 151.) Having read and considered the moving papers and good cause appearing, the Court **GRANTS** the joint motion (Doc. 151), and **DISMISSES** this action **WITH PREJUDICE**.

   **IT IS SO ORDERED.**

DATED: July 2, 2010

_____
Hon. Thomas J. Whelan
United States District Judge